UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREEM K. KIRK,

    Plaintiff,

v.                                        CASE NO: 8:07-cv-566-T-23EAJ

BATES ELECTRIC, et al.,

    Defendants,

_____/

**ORDER**

Pursuant to a standing order of this court dated January 5, 1998, the pro se plaintiff's "Affidavit of Indigence" (Doc. 11), which the court construes as the plaintiff's second renewed motion to proceed in forma pauperis, was referred to the United States Magistrate Judge. Following the Magistrate Judge's July 3, 2007, report and recommendation (Doc. 12), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 12) is **ADOPTED**, and (1) the plaintiff's motion to proceed in forma pauperis is **GRANTED**; (2) count I of the plaintiff's complaint (Doc. 1) is **DISMISSED** as to the individual defendants, Messrs. Goldthorp, Courtney, Ortiz, and Cardona; (3) counts II and III of the plaintiff's complaint are **DISMISSED**; and (4) the plaintiff is **DIRECTED** to file an amended complaint by August 7, 2007. The amended complaint shall conform to the requirements of Rule 8, Federal Rules of Civil Procedure,

- 2 -

which requires "a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . [and] a short and plain statement of the claim showing that the pleader is entitled to relief."  The Clerk is directed to send to the plaintiff the appropriate summons forms upon the filing of an amended complaint.

ORDERED in Tampa, Florida, on July 19, 2007.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE